# United States District Court
## For The Western District of North Carolina
## Asheville Division

ROBERT EDGAR UPCHURCH, JR,

        Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                          1:10-cv-00136

JOSEPH BOERHER; CHRISTOPHER
HESS; and RONALD L. MOORE,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 15, 2010 Order.

Signed: July 15, 2010

Frank G. Johns, Clerk
United States District Court